**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ~~CLARA FERNANDEZ;~~ MANUEL JOE PADILLA; ~~DOLLY SCAAVEDRA; MANUEL PADILLA; JOSE PADILLA; JESSIE PADILLA; IRENE PADILLA; AND RUBEN PADILLA,~~<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; DOES 1-10, INCLUSIVE,<br><br>          Defendants. | Case No. CV 09-05651-VAP (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Findings of Fact and Conclusions of Law filed concurrently herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant on Plaintiff's Complaint, and this action be DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 31, 2013            _____
                                         VIRGINIA A. PHILLIPS
                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28